**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| LEE GROUP SHELBYVILLE HOLDING COMPANY, LLC ) ) )       Plaintiff, ) ) v. ) ) GREAT LAKES INSURANCE S E ) d/b/a GREAT LAKES INSURANCE, ) )       Defendant. ) | Case No. 1:18-cv-1786 *Removed from the Circuit Court of Shelby County Cause No. 73C01-1805-PL-000021* |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1332(a)(1), 1441(a) and 1446, Defendant, Great Lakes Insurance S E d/b/a Great Lakes Insurance ("Great Lakes"), by and through their undersigned counsel, HeplerBroom, LLC hereby removes this action from the Circuit Court of Shelby County, Indiana to the United States District Court for the Southern District of Indiana. Removal is warranted under 28 U.S.C. §1441 because this Court has original jurisdiction under 28 U.S.C. § 1332 as there is complete diversity of the parties and the amount in controversy exceeds $75,000.00. In support of its Notice of Removal, Defendant state as follows:

## BACKGROUND

1. On May 8, 2018, Plaintiff, Lee Group Shelbyville Holding Company, LLC ("Lee Group"), filed Cause Number 73C01-1805-PL-00021 in the Circuit Court of Shelby County, Indiana. (A true and accurate copy of the Complaint is attached with the State Court Record and incorporated as Ex. A).

2. Plaintiff's Summons and Complaint was served on Great Lakes on May 21, 2018. (Ex. A).

3. In its Complaint, Plaintiff alleges, *inter alia,* a cause of action for breach of contract and bad faith against Great Lakes relative to an April 3, 2017 fire at 701 Hodell Street, Shelbyville, Indiana and resulting claim for benefits under Policy No. JC0003687. (Ex. A).

## PROCEDURAL REQUIREMENTS FOR REMOVAL

4. The Circuit Court of Shelby County, Indiana, the Court in which this action is pending, is located within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division. *See* 28 U.S.C. § 94(b)(1). Venue is therefore proper in this Court, pursuant to 28 U.S.C. § 1441(a).

5. Pursuant to the provisions of 28 U.S.C. § 1446(d), Great Lakes will promptly file a copy of this Notice of Removal with the clerk for the Circuit Court of Shelby County, and will serve a copy of the same upon Plaintiff's counsel.

6. Pursuant to 28 U.S.C. § 1446(a), a full copy of the State Court file, including all process, pleadings and orders that have been served upon Defendant – is attached as Exhibit A.

## DIVERSITY OF CITIZENSHIP EXISTS

7. The Court has jurisdiction over this action, pursuant to 28 U.S.C. § 1332(a) because it is a civil action between a corporation and a limited liability company which are domiciled, incorporated and/or have principal places of business in different states in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

*The Parties are Citizens of Different States*

8. At all relevant times, Plaintiff, Lee Group, was an Indiana limited liability company with its principal place of business located in Shelbyville, Indiana. (Ex. A, ¶ 1).

9. "For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007).

10. "An individual [] is a citizen of the state where he is domiciled, which is 'the place one intends to remain.'" *Broadwater v. Heidtman Steel Products, Inc.*, 300 F.Supp. 671, 672 (S.D. Ill. 2003)(quoting *Dakuras v. Edwards*, 312 F.3d 256, 258 (7th Cir. 2002). "Domicile generally has two elements: (1) physical presence or residence in a state, and (2) an intent to remain in the state. *Transvision Technologies Holding, Inc. v. Knight*, 2005 WL 2246316, *2 (S.D. Ind. 2005)(citing *Denlinger v. Brennan*, 87 F.3d 214, 216 (7th Cir. 1996)).

11. At all relevant times, Lee Group had one member, Larry Lee. (A true and accurate copies of the Indiana Secretary of State records are attached and incorporated as Ex. B).

12. At all times relevant, Larry Lee was a citizen of the State of Indiana who maintained his permanent residence in Jennings County, Indiana. At all relevant times, Larry Lee maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary. (Ex. B., p. 7, 9).

13. At all times relevant, Defendant, Great Lakes, was a foreign insurance company duly organized and existing under the laws of Germany, with its principal place of business in Munich, Germany. (Ex. A, ¶ 4)

14. Based upon the information available, diversity is complete as Plaintiff is an Indiana limited liability company with its sole member a domiciliary and citizen of the state of Indiana and Defendant is an foreign insurance company with its principal place of business in Germany.

### *The Amount in Controversy Exceeds $75,000.00*

15. Plaintiff seeks to recover an amount in excess of $75,000.00, exclusive of costs and interests in its case against Meridian.

16. As set forth in its Complaint, Plaintiff seeks $926,647.00 in alleged damages under its policy of insurance. (Ex. A, ¶ 12).

### *The Notice of Removal is Timely*

17. Great Lakes was served with a copy of the Summons and Complaint on May 21, 2018. (A true and accurate copy of the Summons is attached with the State Court Record and incorporated as Ex. A).

18. This Notice of Removal is filed within thirty (30) days after Great Lake's receipt of the Summons and Complaint on May 21, 2018. Thus, the notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1).

19. On June 11, 2018, counsel for Defendant discussed the removal of this action with counsel for Plaintiff who has no objection.

## **CONCLUSION**

20. Based on the above, the amount in controversy is in excess of $75,000, and the matter is between citizens of different states, and therefore the instant dispute is properly removable pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

21. After filing the original notice of Removal, Great Lakes will provide written notice of the same to Plaintiff and the Clerk of the Circuit Court of Shelby County, Indiana. (True and accurate copies of the Notice to State Court and Notice to Opposing Counsel are attached and incorporated as Ex. C).

WHEREFORE, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant, Great Lakes Insurance S E d/b/a Great Lakes Insurance, a German corporation, hereby remove this case from the Circuit Court of Shelby County, Indiana to the United States District Court for the Southern District of Indiana, for all further proceedings in this matter.

**Defendant further request a trial by jury on all counts of Plaintiff's Complaint.**

                                Respectfully submitted,

                                HEPLERBROOM, LLC

                                /s/ Rick Hammond
                                Rick Hammond, #19044-45
                                Justin Curtis, #28517-45
                                2929 Carlson Drive
                                Hammond, Indiana 46323
                                219/427-5562
                                rick.hammond@heplerbroom.com
                                justin.curtis@heplerbroom.com
                                ***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

    Wilmer E. Goering, II, #7177-39
    Goering Law LLC
    322 Liberty Street
    Vevay, IN  47043
    wg.goeringlaw@gmail.com
    *Attorney for Plaintiff*

                                                    /s/ Rick Hammond