# EXHIBIT A
## (State Court Record: Complaint, Summons, WG Appearance and RH Appearance)

73C01-1805-PL-000021

Shelby Circuit Court

Filed: 5/8/2018 4:00 PM
Vicki Franklin
Clerk
Shelby County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE SHELBY _____ COURT |
| ) SS: | | |
| COUNTY OF SHELBY ) | | CAUSE NO. 73__01-1805-PL-_____ |

LEE GROUP SHELBYVILLE HOLDING )
COMPANY, LLC )
                                  )
                 Plaintiff, )
v. )
                                  )
GREAT LAKES INSURANCE S E )
dba GREAT LAKES INSURANCE, )
                                  )
                 Defendant. )

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Lee Group Shelbyville Holding Company, LLC ("Lee Group Shelbyville Holding"), and for its complaint against the Defendant, Great Lakes Insurance S E d/b/a Great Lakes Insurance ("Great Lakes"), now states as follows:

### NATURE OF LAWSUIT

1. This Complaint arises out of Great Lakes' failure to honor its contractual duty to Lee Group Shelbyville Holding for its losses incurred in connection with a fire on April 3, 2017.

### PARTIES

2. Lee Group Shelbyville Holding is a domestic limited liability company organized in the State of Indiana with its principal place of business located at 701 Hodell Street, Shelbyville, Indiana.

3. Larry l. Lee is the sole member of Lee Group Shelbyville Holding.

4. Great Lakes is an insurance company, domiciled in Germany, not authorized to do business in the State of Indiana and, in the policy issued in this matter, service is required on a representative in the State of New York.

## FACTS

5.  The nature of Lee Group Shelbyville Holding is to possess, operate, maintain, and provide storage and manufacturing space in a facility it manages at 701 Hodell Street in Shelbyville, Indiana.

6.  On April 3, 2017, a fire substantially destroyed a large portion of the manufacturing space at the Shelbyville location and other parts of the building and warehouse space suffered smoke damage.

7.  Lee Group Shelbyville Holding submitted a timely claim to Great Lakes on or about August 1, 2017, as a result of the damages it suffered on Aril 3, 2017.

8.  Lee Group Shelbyville Holding had a policy of Property and Casualty Insurance issued by Great Lakes in place at the time of the fire on April 3, 2017, designated policy number JC0003687.

9.  Great Lakes has failed and refused to pay the claim of Lee Group Shelbyville Holding.

## ISSUE

10. At issue is payment by Great Lakes of the loss suffered by Lee Group Shelbyville Holding as a result of the fire on April 3, 2017.

## COUNT I
### (BREACH OF CONTACT)

11. Lee Group Shelbyville Holding incorporates herein by reference paragraphs 1 through 10 of this Complaint as if fully set forth herein.

12. The damages initially suffered by Lee Group Shelbyville Holding were approximately $926,647.

## COUNT II
## (BAD FAITH)

13. Lee Group Shelbyville Holding incorporates herein by reference paragraphs 1 through 12 of this Complaint as if fully set forth herein.

14. Great Lakes has wrongfully denied coverage for the losses suffered by Lee Group Shelbyville Holding.

15. Great Lakes' delay and denial of coverage constitutes bad faith, oppressive and wrongful conduct. Among other things, Great Lakes had no reasonable justification for its denial of full coverage.

16. Accordingly, Lee Group Shelbyville Holding is entitled to recover from Great Lakes extra-contractual damages, including without limitation, incidental and consequential damages incurred as a result of delay and wrongful failure to pay, compensatory damages flowing from Great Lakes' oppressive or wrongful conduct or bad faith, including attorney's fees incurred by Lee Group Shelbyville Holding in pursuing coverage in light of Great Lakes' wrongful denial of coverage, pre-judgment interest, and such other relief as the Court deems appropriate.

17. That in order to restore the building and make it useable for manufacturing space or warehousing space, Lee Group Shelbyville Holding has incurred debt by borrowing the funds necessary to complete the work and is entitled to all fees, costs and interest paid for said purpose as damages from Great Lakes.

18. Lee Group Shelbyville Holding has lost the use and income from the building due to the wrongful refusal of Great Lakes to pay the claim of Lee Group Shelbyville Holding of approximately $10,000 per month.

WHEREFORE, the Plaintiff, Lee Group Shelbyville Holding, LLC, prays for judgment against the Defendant, Great Lakes Insurance S E d/b/a Great Lakes Insurance, for damages suffered to the building payable under the policy of insurance, incidental and consequential damages, compensatory damages, damages from loss of use, costs of financing the repairs because Defendant failed to timely honor the claim, pre-judgment interest, post-judgment interest, attorney fees, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ Wilmer E. Goering, II

_____
Wilmer E. Goering, II (#7177-39)
Goering Law LLC
322 Liberty Street
Vevay, Indiana 47043
Phone: (812) 427-2135
wg.goeringlaw@gmail.com
*Attorney for Plaintiff*

## **DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, Lee Group Shelbyville Holding, LLC, by counsel, Wilmer E. Goering, II, and demands a jury trial in this matter.

Respectfully submitted,

/s/ Wilmer E. Goering, II

_____
Wilmer E. Goering, II (#7177-39)

73C01-1805-PL-000021  
Shelby Circuit Court

2&0268-2543

Filed: 5/8/2018 4:00 PM  
Vicki Franklin  
Clerk  
Shelby County, Indiana

| STATE OF INDIANA | ) | IN THE SHELBY _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF SHELBY | ) | CAUSE NO. 73__01-1805-PL-_____ |

LEE GROUP SHELBYVILLE HOLDING )  
COMPANY, LLC )  
)  
        Plaintiff, )  
v. )  
)  
GREAT LAKES INSURANCE S E )  
dba GREAT LAKES INSURANCE, )  
)  
        Defendant. )

## SUMMONS

**THE STATE OF INDIANA TO THE DEFENDANT:**

Mr. Edward Smith  
Mendes and Mount  
750 Seventh Avenue  
New York, NY 10019-6829

You are hereby notified that you have been sued in the court indicated above by the person(s) named as plaintiff(s).

The nature of this suit against you is stated in the *Complaint for Damages*, which is attached to this summons. It also states the relief sought or the demand made against you by the plaintiff(s).

An answer or other appropriate response in writing to the *Complaint for Damages* must be filed either by you or your attorney within twenty (20) days commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail) or a judgment by default may be rendered against you for the relief demanded by *Complaint for Damages* plaintiff(s) in the petition.

If you have a claim for relief against the plaintiff(s) arising from the same transaction or occurrence, you must assert it in your written answer.

DATE: 5/9/2018

Vicki R. Franklin  
Clerk of Shelby County, Indiana

SEAL

*(The following manner of service of Summons is hereby designated.)*

  X    Registered or certified mail **(BY ATTORNEY FOR PLAINTIFF)**  
_____  Service at place of employment, to-wit: _____  
_____  Service on individual _____ (personal or copy) at above address.  
_____  Service on agent. (Specify) _____  
_____  Other service. (Specify) _____

Attorney for Plaintiff: Wilmer E. Goering, II  
Address: GOERING LAW LLC, 322 Liberty Street, Vevay, Indiana 47043 - Telephone: (812) 427-2135

**RECEIVED**

MAY 2 1 2018

M. & M., LLP
Answered        FILE

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the day _____ of _____, 2018, I mailed a copy of this *Summons*, along with the *E-Filing Appearance by Attorney in Civil Case* and *Complaint for Damages*, to the above-named defendant(s), _____, by mail, requesting a return receipt, at the address furnished by the plaintiff(s).

DATE:_____

_____
Clerk of Shelby County, Indiana

## RETURN ON SERVICE BY MAIL

I hereby certify that the attached return receipt was received by me showing that:

(1) The *Summons*, along with the *E-Filing Appearance by Attorney in Civil Case* and *Complaint for Damages*, was mailed to above-named defendants(s) was accepted by him or her on _____, 2018.

(2) The attached return receipt was received by me showing that *Summons*, along with the *E-Filing Appearance by Attorney in Civil Case* and *Complaint for Damages*, was mailed to the above-named defendant(s) was accepted by on behalf of him or her on _____, 2018.

(3) The attached return receipt was received by me showing that the *Summons*, along with the *E-Filing Appearance by Attorney in Civil Case* and *Complaint for Damages*, was returned not accepted on _____, 2018.

DATE:_____

_____
Clerk of Shelby County, Indiana

## SHERIFF'S RETURN ON SERVICE

I hereby certify that I have served this *Summons*, along with the *E-Filing Appearance by Attorney in Civil Case* and *Complaint for Damages*, on the _____ day of _____, 2018.

(1) By delivering a copy of the *Summons*, along with the *E-Filing Appearance by Attorney in Civil Case* and *Complaint for Damages*, to the above-named defendant(s), _____.

(2) By leaving a copy of *Summons*, along with the *E-Filing Appearance by Attorney in Civil Case* and *Complaint for Damages*, at _____, the dwelling place or usual place of abode of the said defendant(s), _____ with a person of suitable age and discretion resident therein, namely _____ and mailing by first-class mail a copy of the *Summons*, along with the *E-Filing Appearance by Attorney in Civil Case* and *Complaint for Damages*, to the last known address of said defendant(s), that address being _____.

DATE:_____          _____
                                Sheriff/Deputy of Shelby County, Indiana

**73C01-1805-PL-000021**
Shelby Circuit Court

Filed: 5/8/2018 4:00 PM
Vicki Franklin
Clerk
Shelby County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE SHELBY _____ COURT | |
| | ) SS: | | |
| COUNTY OF SHELBY | ) | CAUSE NO. 73__01-1805-PL-_____ | |

LEE GROUP SHELBYVILLE HOLDING )
COMPANY, LLC )
                                   )
            Plaintiff,    )
v.                                     )
                                   )
GREAT LAKES INSURANCE S E    )
dba GREAT LAKES INSURANCE,    )
                                   )
           Defendant.    )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1.    The party on whose behalf this form is being filed is:

      Initiating __X__      Responding _____      Intervening _____; and

      the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

      **Lee Group Shelbyville Holding Company, LLC**

2.    Attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1, 77(B) and 86 is as follows:

      **Wilmer E. Goering, II, Attorney No. 7177-39**
      **GOERING LAW LLC**
      **322 Liberty Street**
      **Vevay, Indiana 47043**
      **Phone: (812) 427-2135**
      **Fax: (812) 427-2139**
      **Email: wg.goeringlaw@gmail.com**

   Each attorney specified on this Appearance:

   (a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)   acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

      (c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate.

3. This is a **PL** type of as defined in Administrative Rule 8(B)(3).

4. This case involves child support issues: Yes _____ No __**X**__

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: Yes _____ No __**X**__  If yes, the party shall use the following address for purposes of legal service:

    _____ Attorney's address

    _____ The Attorney General Confidentiality Program address (contact the Attorney General at: 1-800-321-1907 or e-mail address at: confidential@atg.in.gov)

    _____ Another address: _____

6. This case involves a petition for involuntary commitment: Yes _____ No __**X**__

7. There are related cases: Yes __**X**__ No _____ (*New Image Mixers, LLC v. Acuity, A Mutual Insurance Company dba Acuity Insurance* **under cause number 78C01-1803-PL-000015 and** *Lee's Ready-Mix & Trucking Inc. dba Lee's Ready Mix v. Acuity, A Mutual Insurance Company dba Acuity Insurance* **under cause number 73C01-1804-PL-000016)**

8. Additional information required by local rule: **N/A**

9. There are other party members: Yes _____ No __**X**__

10. This form has been served on all other parties and a *Certificate of Service* is attached.

    Yes _____ No __**X**__

                Respectfully submitted,

                /s/ Wilmer E. Goering, II

                _____
                Wilmer E. Goering, II
                #0007177-39
                GOERING LAW LLC
                322 Liberty Street
                Vevay, Indiana 47043
                (812) 427-2135
                wg.goeringlaw@gmail.com

          **\*\*\* TO BE SERVED WITH SUMMONS & COMPLAINT\*\*\***

Filed: 6/7/2018 12:54 PM
Charles O'Connor
Judge, Circuit Court
Shelby County, Indiana

| STATE OF INDIANA | ) | IN THE SHELBY COUNTY CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF SHELBY | ) | CAUSE NO: 73C01-1805-PL-000021 |

LEE GROUP SHELBYVILLE HOLDING )
COMPANY, LLC, )
)
      Plaintiff, )
)
v. )
)
GREAT LAKES INSURANCE S E )
d/b/a GREAT LAKES INSURANCE )
)
      Defendant. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Initiating ___   Responding **X**   Intervening ___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Great Lakes Insurance S E d/b/a Great Lakes Insurance**

2. Applicable attorney information for services required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   | Name: | **Rick Hammond** | Atty Number: | **19044-45** |
   |---|---|---|---|
   | Firm: | **HEPLERBROOM LLC** | Telephone: | **312-230-9100** |
   | Address: | **30 N. LaSalle Street, Suite 2900** | Fax: | **312-230-9201** |
   | | **Chicago, IL  60602** | | |
   | Email: | **rick.hammond@heplerbroom.com** | | |

3. There are other party members: Yes ___ No **X**

4. If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **N/A**

5. I will accept service by FAX or by e-mail: Yes ___ No **X**

6. This case involves support issues: Yes ___ No **X**

7. There are related cases: Yes ___ No **X**

8. This form has been served on all other parties.
   Certificate of Service is attached: Yes **X** No ___

9. Additional information required by local rule: **N/A**

/s/ Rick Hammond
Rick Hammond K. Curtis (#19044-45)
HEPLERBROOM LLC
30 N. LaSalle Street, #2900
Chicago, IL  60602
Telephone: 312-230-9100
Fax: 312-230-9201
rick.hammond@heplerbroom.com
Attorney for Defendant, Great Lakes
Insurance S E d/b/a Great Lakes Insurance

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2018, a true and correct copy of the above and foregoing ***Appearance by Attorney in Civil Case***, was electronically filed and served upon all counsel of record in accordance with Indiana's electronic filing system.

By: /s/ Rick Hammond